1  Meng Zhong
Nevada Bar No.: 12145
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Suite 600
3  Las Vegas, NV 89169
Tele: (702) 949-8200
4  E-mail: mzhong@lewisroca.com

5  *Attorney for Defendants Nisim Zusman*
*and IMI Defense, Ltd.*
6

7  **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
8

9  BARKOCHBA BOTACH; BOTACH, INC., a       Case No.: 2:24-cv-00630-JAD-NJK
Nevada corporation,
10
                                          **STIPULATION AND [PROPOSED]**
11          Plaintiffs,                    **ORDER TO EXTEND DEADLINE**
     v.                                    **FOR DEFENDANTS TO FILE**
12                                         **ANSWER TO COMPLAINT**
     NISIM ZUSMAN, an individual; IMI
13   DEFENSE, LTD., an Israeli corporation, **(First Request)**

14          Defendants.

15

16          Plaintiffs BarKochba Botach and Botach, Inc. (Plaintiffs") by and through its counsel

17  of record King Scow Koch Durham LLC, and Defendants Nisim Zusman and IMI Defense,

18  Ltd. ("Defendants"), by and through its counsel of record Lewis Roca Rothgerber Christie

19  LLP, hereby stipulate as follows:

20          1.      Plaintiffs filed the complaint on April 1, 2024.

21          2.      Defendants recently retained the undersigned as counsel, who, with the help

22  of out-of-state counsel, is in the process of investigating the underlying factual allegations in

23  the complaint. In addition, the parties are exploring potential settlement.

24          3.      Based on the foregoing, counsel for Plaintiffs has agreed to set the deadline

25  / / /

26  / / /

27  / / /

28  / / /

-1-

124801663.1

1    for Defendants to answer or otherwise respond to the complaint to June 10, 2024.

2    DATED this 13ᵗʰ day of May, 2024.          DATED this 13ᵗʰ day of May, 2024.

3    **KING SCOW**                              **LEWIS ROCA**
     **KOCH DURHAM LLC**                        **ROTHGERBER CHRISTIE LLP**
4

5

6    By: ___/s/ Steven B. Scow_____       By: ___/s/ Meng Zhong_____
     David R. Koch                              Meng Zhong
7    Steven B. Scow                             3993 Howard Hughes Parkway, Suite 600
     Daniel G. Scow                             Las Vegas, NV 89169
8    11500 S. Eastern Ave., Suite 210           Tele: 702-949-8200
     Henderson, NV 89052                        E-mail: mzhong@lewisroca.com
9    Tele: 702-833-1100
     E-mail: dkoch@kskdlaw.com                  *Attorney for Defendants Nisim Zusman*
10   E-mail: sscow@kskdlaw.com                  *and IMI Defense, Ltd.*
     E-mail: dscow@kskdlaw.com
11
     *Attorneys for Plaintiffs BarKochba*
12   *Botach and Botach Inc.*

13

14

15                                             IT IS SO ORDERED.
                                               Dated:  May 14, 2024
16                                             .
                                               .
17                                             _____
                                               Nancy J. Koppe
18                                             United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

124801663.1