Meng Zhong
Nevada Bar No.: 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tele: (702) 949-8200
E-mail: mzhong@lewisroca.com

*Attorney for Defendants Nisim Zusman
and IMI Defense, Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BARKOCHBA BOTACH; BOTACH, INC., a Nevada corporation,<br><br>Plaintiffs,<br>v.<br><br>NISIM ZUSMAN, an individual; IMI DEFENSE, LTD., an Israeli corporation,<br><br>Defendants. | Case No.: 2:24-cv-00630-JAD-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE ANSWER TO COMPLAINT**<br><br>**(Second Request)** |

Plaintiffs BarKochba Botach and Botach, Inc. (Plaintiffs"), by and through its counsel of record King Scow Koch Durham LLC, and Defendants Nisim Zusman and IMI Defense, Ltd. ("Defendants"), by and through its counsel of record Lewis Roca Rothgerber Christie LLP, hereby stipulate as follows:

1. Plaintiffs filed the complaint on April 1, 2024.

2. On May 13, 2024, the parties entered into a stipulation and order to set the deadline for Defendants to answer or otherwise respond to the complaint to June 10, 2024 (ECF 5).

3. On May 14, 2024, this Court entered the Stipulation and Order to Extend Deadline or Defendants to File Answer to Complaint (ECF 6).

/ / /

/ / /

/ / /

/ / /

-1-

124801663.1

4.  Defendants counsel is in trial before this Court being held in Reno, Nevada and the trial has unexpectedly been longer than anticipated. Accordingly, the parties conferred, and counsel for Plaintiffs has agreed to extend the deadline for Defendants to answer or otherwise respond to the complaint to June 17, 2024.

DATED this 6th day of June, 2024.

**KING SCOW**
**KOCH DURHAM LLC**

By:  /s/ Steven B. Scow
David R. Koch
Steven B. Scow
Daniel G. Scow
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052
Tele: 702-833-1100
E-mail: dkoch@kskdlaw.com
E-mail: sscow@kskdlaw.com
E-mail: dscow@kskdlaw.com

*Attorneys for Plaintiffs BarKochba Botach and Botach Inc.*

DATED this 6th day of June, 2024.

**LEWIS ROCA**
**ROTHGERBER CHRISTIE LLP**

By:  /s/ Meng Zhong
Meng Zhong
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tele: 702-949-8200
E-mail: mzhong@lewisroca.com

*Attorney for Defendants Nisim Zusman and IMI Defense, Ltd.*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

June 7, 2024
_____
Dated

124801663.1