UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARKOCHBA BOTACH, et al.,<br>    Plaintiffs,<br>v.<br>NISIM ZUSMAN, et al.,<br>    Defendants. | Case No. 2:24-cv-00630-JAD-NJK<br><br>**Order**<br><br>[Docket No. 12] |

On August 1, 2024, the parties filed a discovery plan seeking special scheduling review. Docket No. 12. The presumptively reasonable discovery period is 180 days measured from the first appearance of a defendant. Local Rule 26-1(a). In this case, the first defendant appeared in this case on May 9, 2024. Docket No. 4. Nonetheless, the parties ask for a discovery cutoff date of six months "from the date that the Court enters this discovery order." Docket No. 12 at 2. The parties state that they plan to request a settlement conference before a magistrate judge "and prefer to conserve their resources for purposes of settlement discussions before engaging in discovery." *Id*. Essentially, the parties request a stay of discovery without addressing the standards for said request or why settlement discussions, a normal part of litigating a case, would constitute reason for a stay of discovery.[1]

Accordingly, the parties' discovery plan, Docket No. 12, is **DENIED** without prejudice. No later than **August 9, 2024**, the parties must file a renewed discovery plan that complies with the Court's local rules and all applicable standards.

IT IS SO ORDERED.

Dated: August 2, 2024

Nancy J. Koppe
United States Magistrate Judge

---

[1] The discovery plan contains other deficiencies, including the parties' failure to state specific calendar dates, in violation of LR 26-1(b). The Court has not set out all of the deficiencies in the discovery plan in the instant order.