# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BARKOCHBA BOTACH, et al.,

    Plaintiffs,

v.

NISIM ZUSMAN, et al.,

    Defendants.

Case No. 2:24-cv-00630-JAD-NJK

**Order**

[Docket No. 14]

Pending before the Court is a proposed discovery plan, which the Court **GRANTS**. Docket No. 14.

Case management deadlines are hereby **SET** as follows:

- Initial disclosures:  August 5, 2024
- Amend pleadings/ add parties:  October 22, 2024
- Initial experts:  November 21, 2024
- Rebuttal experts:  December 23, 2024
- Discovery cutoff:  January 20, 2025
- Dispositive motions:  February 19, 2025
- Joint proposed pretrial order:  March 19, 2025, or 30 days after resolution of dispositive motions

The parties must diligently conduct discovery throughout the entire discovery period. As the Court has granted a lengthy discovery period, the Court is not inclined to extend it.

IT IS SO ORDERED.

Dated: August 7, 2024.

                                            Nancy J. Koppe
                                            United States Magistrate Judge