# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BARKOCHBA BOTACH, et al.,

    Plaintiff(s),

v.

NISIM ZUSMAN, et al.,

    Defendant(s).

Case No. 2:24-cv-00630-JAD-NJK

**Order**

[Docket No. 19]

On August 7, 2024, the Court set a settlement conference for October 16, 2024. Docket No. 17. The Court ordered that any request to change the settlement conference date had to be filed by August 21, 2024. *See id.* at 1 n.1. On October 10, 2024, the parties filed an untimely stipulation seeking to continue the settlement conference. Docket No. 19. The Court hereby **SETS** that stipulation for a telephonic hearing for 9:30 a.m. on October 11, 2024. Counsel must appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: October 10, 2024

                                                              Nancy J. Koppe
United States Magistrate Judge