**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BARKOCHBA BOTACH; BOTACH, INC., a Nevada corporation,<br><br>　　　Plaintiffs,<br>v.<br><br>NISIM ZUSMAN, an individual; IMI DEFENSE, LTD., an Israeli corporation,<br><br>　　　Defendants. | Case No.: 2:24-cv-00630-JAD-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| IMI DEFENCE, LTD., an Israeli corporation,<br><br>　　　Counterclaimant,<br>v.<br><br>BARKOCHBA BOTACH; BOTACH, INC., a Nevada corporation,<br><br>　　　Counter-Defendants. | ECF No. 24 |

Plaintiffs BARKOCHBA BOTACH, BOTACH, INC. ("collectively, Plaintiffs") and Defendants NISIM ZUSMAN, IMI DEFENSE, LTD. (collectively, "Defendants") hereby stipulate to dismiss the above-entitled action, including all claims and counterclaims, with prejudice, with each side bearing their own fees and costs. The parties have reached a mutually acceptable resolution to this case, necessitating the dismissal with prejudice of this matter. Should any party take action contrary to the parties' agreed upon resolution of the claims, this

///
///
///
///
///
///
///

-1-

126650594.1

Court shall retain jurisdiction to enforce the parties' agreed-upon resolution.

DATED this 13th day of November, 2024.   DATED this 13th day of November, 2024.

**KING SCOW KOCH DURHAM LLC**   **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: /s/ Steven B. Scow
David R. Koch
Steven B. Scow
Daniel G. Scow
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052
Tele: 702-833-1100
E-mail: dkoch@kskdlaw.com
E-mail: sscow@kskdlaw.com
E-mail: dscow@kskdlaw.com

*Attorneys for Plaintiffs/Counter-defendants BarKochba Botach and Botach Inc.*

By: /s/ Meng Zhong
Meng Zhong
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tele: 702-949-8200
E-mail: mzhong@lewisroca.com

*Attorney for Defendants/Counterclaimants Nisim Zusman and IMI Defense, Ltd.*

# ORDER

Based on the parties' stipulation **[ECF No. 24]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
November 15, 2024

126650594.1